August 21, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

UNITED RESIDENTIAL PROPERTIES, L.P., WILLIAM MAXWELL AND TIFFANY TALLENT, Appellants

NO. 14-11-00330-CV                                    V.

TOM AND DWANA THEIS, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Tom and Dwana Theis, signed March 18, 2011, was heard on the transcript of the record. We have inspected the record and find the evidence legally insufficient to support the trial court's judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees, Tom and Dwana Theis, take nothing.

We order that all costs incurred by reason of this appeal be paid by appellees, Tom and Dwana Theis.

We further order this decision certified below for observance.